UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILDRED E. FRANCIS**,<br><br>    Plaintiff,<br><br>    v.<br><br>**ACTING DIRECTOR, D.C. OFFICE OF ZONING**, *et al.*,<br><br>    Defendant. | Civil Action No. 22-127 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 17, Defendant's Motion to Dismiss, ECF No. 6, is hereby GRANTED, and this action is therefore DISMISSED.  This is a final order.  The Clerk of the Court shall mail a copy of this order to Plaintiff at her address of record.

Date: July 28, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge