UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILDRED E. FRANCIS**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ACTING DIRECTOR, D.C. OFFICE OF ZONING**, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 22-127 (TSC) |

### ORDER

Plaintiff's Motion for New Trial, ECF No. 19, and Motion for Summary Judgment, ECF No. 20, are hereby DENIED. On July 28, 2023, the court dismissed this action. *See* Order, ECF No. 18. As the court informed Plaintiff, "a ruling on the motion to dismiss might fully dispose of this case." ECF No. 7. That is what happened here, and so this case never reached the stages of summary judgment or trial. *See generally* United States District Court District of Columbia, *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants in Civil Litigation*, *available at* https://www.dcd.uscourts.gov/sites/dcd/files/ProSeHandbookDDC-March-23-2022.pdf. Plaintiff's motions for summary judgment and a new trial are thus improper; the appropriate way to challenge dismissal of a case is to timely file an appeal. *See generally id.* The Clerk of the Court shall mail a copy of this order to Plaintiff at her address of record.

Date: September 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*Tanya S. Chutkan*
　　　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge